### 46612. FIREMAN'S FUND INSURANCE COMPANY et al. v. COX.

Bell, Chief Judge. The State Board of Workmen's Compensation awarded the claimant a lump sum in lieu of the weekly payments previously agreed to by the parties and approved by the board. See *Code Ann.* § 114-417. The superior court affirmed. *Held:*

There is evidence which authorized the board to find that a lump-sum payment would be in the best interest of the claimant; that the employee is totally incapacitated for work as a result of his disability and the disability is permanent. Further, there is evidence that the money

awarded in a lump sum will be properly safeguarded by an investment in real estate by construction of a trailer park. See *Hartford Acc. &c. Co. v. Black,* 72 Ga. App. 182 (33 SE2d 278). The lump-sum award must be affirmed by the courts. *Travelers Ins. Co. v. Williams,* 109 Ga. App. 719 (137 SE2d 391).

*Judgment affirmed. Pannell and Deen, JJ., concur.*
ARGUED OCTOBER 4, 1971—DECIDED JANUARY 5, 1972— REHEARING DENIED JANUARY 25, 1972.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Williston C. White,* for appellants.

Carl A. Cox, *pro se.*